LUCY BOLSTER, Respondent, *v.* ITHACA STREET RAILWAY COMPANY, Appellant.

*Bolster* v. *Ithaca Street Ry. Co.*, 79 App. Div. 239, affirmed.
(Argued February 18, 1904; decided March 4, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 21, 1903, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial.

*E. A. Denton* for appellant.

*Myron N. Tompkins* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.